**Vivian M. Williams, Esq.**
**VMW Law PC**
**733 3rd Avenue FL 16**
**New York NY 10017**

September 13, 2024

Via ECF

Honorable Ronnie Abrams
United States District Court
for the Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

> Application granted. By September 17, 2024, the parties shall submit a joint letter and proposed case management plan and scheduling order as set forth in the Court's July 19, 2024 order.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> September 16, 2024

**Re: Superior Concrete Inc., and Maxwell Snow v. Logistics GY Express Inc. and Randy Wade (Case No. 24-cv-5139(RA))**

Dear Judge Abrams:

I represent the plaintiff in the above-referenced action. I write to respectfully request a brief four-day extension of the September 13, 2024, deadline for the parties to file a joint statement addressing the various issues outlined by the Court in its Initial Conference Order, as well as a proposed Case Management Plan and Scheduling Order.

By way of background, on 07/19/2024, the Court issued an Initial Conference Order directing the parties to file the joint statement and proposed scheduling order by September 13, 2024. Despite having been served with the summons, complaint, and Initial Conference Order, the defendants have not yet appeared in this action or filed an answer to the complaint. Moreover, defendants have failed to respond to plaintiffs' request to confer regarding the joint statement and proposed scheduling order.

Considering defendants' failure to engage on these issues thus far, plaintiffs require a short extension to afford additional time to either obtain defendants' cooperation or, if necessary, submit their own proposed scheduling order for the Court's consideration. Plaintiffs respectfully propose extending the current September 13, 2024, deadline to September 17, 2024.

This is plaintiffs' first request for an extension of time, and it is made in good faith and not for purposes of delay. The brief extension will not impact any other deadlines, as no other deadlines have yet been set by the Court. Defendants have not consented to this request because they have not appeared in this action.

For the foregoing reasons, plaintiffs respectfully request that the deadline for the parties to file the joint statement and proposed scheduling order be extended to September 17, 2024.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

/s/ Vivian Williams
Vivian M. Williams, Esq.
Counsel for Plaintiffs