UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SUPERIOR CONCRETE INC. and MAXWELL SNOW,

          Plaintiffs,

v.

LOGISTICS GY EXPRESS INC. and RANDY WADE,

          Defendants.

24-CV-5139 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    For the reasons stated in the Court's December 20, 2024 oral ruling, the motion for default judgment is denied, the certificate of default against Defendants is vacated, and this action is dismissed pursuant to Federal Rule of Civil Procedure 12(h)(3), albeit without prejudice to Plaintiffs seeking leave to file an amended complaint. If Plaintiffs seek such leave, they shall file a letter with the Court no later than January 21, 2025, attaching a proposed amended complaint and setting forth reasons why leave to amend should be granted.

    The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 24 and to vacate the certificate of default entered at ECF No. 20.

SO ORDERED.

Dated:    December 20, 2024
           New York, New York

                                                                   _____
                                                                   Ronnie Abrams
                                                                   United States District Judge